VERSO LAW GROUP LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
RYAN BRICKER (State Bar No. 269100)
PAYMANEH PARHAMI (State Bar No. 335604)
209 Kearny Street, Third Floor
San Francisco, California 94108
Telephone:   (415) 534-0495
Facsimile:   (270) 518-5974
Email:       greg.gilchrist@versolaw.com
             ryan.bricker@versolaw.com
             paymaneh.parhami@versolaw.com

Attorneys for Plaintiff
PATAGONIA, INC.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| PATAGONIA, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>THE 18A CHRONICLES LLC,<br><br>            Defendant. | Case No. 2:22-cv-08353-RGK-E<br><br>**PLAINTIFF PATAGONIA, INC.'S NOTICE OF MOTION AND MOTION FOR CONTEMPT**<br><br>Hearing:  May 22, 2023<br>Time:     9:00 a.m.<br>Place:    Courtroom 850, 8th Fl.<br>Judge:   Hon. R. Gary Klausner |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

NOTICE IS GIVEN that on May 22, 2023, at 9:00 a.m., or as soon thereafter as the matter can be heard, before the Honorable R. Gary Klausner located at the Roybal Federal Building and U.S. Courthouse, 255 East Temple Street, Los Angeles, California 90012, Plaintiff Patagonia, Inc. will and does move the Court for an Order that The 18A Chronicles LLC has violated the Court's Judgment and Injunction. This motion is based on this Notice of Motion, the attached Memorandum of Points and Authorities, the supporting Declaration of Ryan Bricker and Exhibits thereto, the

Proposed Order filed with this motion, as well as the record in this case and any matters presented to the Court at the time of hearing.

DATED:  April 21, 2023          Respectfully submitted,

VERSO LAW GROUP LLP


By:  */s/ Ryan Bricker*
     GREGORY S. GILCHRIST
     AMY SHAHAN PARIGI
     RYAN BRICKER
     PAYMANEH PARHAMI

Attorneys for Plaintiff
PATAGONIA, INC.

## PROOF OF SERVICE

I, Victoria Tallentire, declare:

I am employed in the City and County of San Francisco, California; I am over the age of 18 years and not a party to the within action; my business address is 209 Kearny Street, Third Floor, San Francisco, California 94108.  On the date set forth below, I served a true and accurate copy of the foregoing document entitled:

| PLAINTIFF PATAGONIA, INC.'S NOTICE OF MOTION AND MOTION FOR CONTEMPT | |

on the parties in this action as follows:

Vance Gonzales
8105 S. 1st St., Unit B
Austin, TX 78748

*Registered Agent for Service of Process for Defendant The 18A Chronicles, LLC*

The 18A Chronicles
10001 S. 1st St., Apt. 1432
Austin, TX 78748

Email:  the18achronicles@gmail.com
        theirregularcompany@gmail.com

☒    **[By Overnight Mail]**  I caused said document to be sent by Federal Express to the address indicated for the parties listed above.

☒    **[By Email]**  I caused said document to be sent by Email to the address indicated for the parties listed above.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this date at San Francisco, California.

Dated:  April 21, 2023                          _____
                                                Victoria Tallentire

PROOF OF SERVICE